Document ID: 91ed2b50ba3d5e8aa844cd7bd90d03cd6b62b74a6fa946e2ddfd3169d4dfdb52

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**IN RE: Sharon Renita Muniz aka Sharon Muniz aka Sharon R. Muniz**

**BK NO. 26-01932 MJC**

          **Debtor(s)**

**Chapter 13**

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

Kindly enter my appearance on behalf of M&T Bank and index same on the master mailing list.

Respectfully submitted,

/s/ *Maggie Soboleski*

Maggie Soboleski
22 Jul 2026, 15:14:52, EDT

KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322