United States Bankruptcy Court
Middle District of Pennsylvania

In re: Case No. 26-01932-MJC
Sharon Renita Muniz Chapter 13
Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5 User: AutoDocke 
Date Rcvd: Sep 28, 2026 Form ID: ntcnfhrg Total Noticed: 42

The following symbols are used throughout this certificate:

| **Symbol** | **Definition** |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 30, 2026:**

| **Recip ID** | | **Recipient Name and Address** |
|---|---|---|
| db | + | Sharon Renita Muniz, 206 Walnut Grove Road, East Stroudsburg, PA 18301-8602 |
| 5824053 | + | Affinity Federal Credit Union, c/o Saldutti Law Group, 1700 Market St., Suite 1005, Philadelphia, PA 19103-3920 |
| 5831329 | + | LEHIGH VALLEY HEALTH NETWORK, PO Box 1123, Minneapolis, MN 55440-1123 |
| 5817063 | + | REVCO SOLUTIONS INC, PO BOX 58, FORT MORGAN CO 80701-0058 |
| 5826165 | + | T-MOBILE USA INC, Jefferson Capital Systems, LLC Assignee, PO BOX 7999, SAINT CLOUD, MN 56302-7999 |
| 5816660 | + | WILLIAM CALLAHAN ESQ, PO BOX 247, GILBERTSVILLE, PA 19525-0247 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| **Recip ID** | | **Notice Type: Email Address** | **Date/Time** | **Recipient Name and Address** |
|---|---|---|---|---|
| 5816635 | ^ | MEBN | Sep 28 2026 18:59:12 | 1ST DIGITAL/SYNOVUS/VT, PO BOX 85650, SIOUX FALLS, SD 57118-5650 |
| 5816636 | + | Email/Text: bankruptcycare@affinityfcu.com | Sep 28 2026 19:01:00 | AFFINITY FCU, 73 MOUNTAINVIEW BLVD, BLDG 200, BASKING RIDGE, NJ 07920-2332 |
| 5816637 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Sep 28 2026 19:10:39 | AFFIRM INC, 650 CALIFORNIA ST FL 12, SAN FRANCISCO, CA 94108-2716 |
| 5822794 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 28 2026 19:10:37 | Affirm, Inc., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5816638 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 28 2026 19:10:31 | CAP1/KOHLS DEPT STORE, PO BOX 31293, SALT LAKE CITY, UT 84131-0293 |
| 5816639 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 28 2026 19:10:51 | CAPITAL ONE, PO BOX 31293, SALT LAKE CITY, UT 84131-0293 |
| 5816640 | + | Email/Text: omx-bnc-bk-notices@chime.com | Sep 28 2026 19:01:00 | CHIMESTRIDE BANK, 101 CALIFORNIA STREET, SUITE 500, SAN FRANCISCO, CA 94111-5802 |
| 5816641 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 28 2026 19:11:10 | CITIBANK NA, 5800 S CORPORATE PLACE, SIOUX FALLS, SD 57108-5027 |
| 5816642 | + | Email/Text: bdsupport@creditmanagementcompany.com | Sep 28 2026 19:01:00 | COLLECTION MANAGEMENT CO, 661 ANDERSEN DR SUITE 110, PITTSBURGH, PA 15220-2700 |
| 5816643 | | Email/PDF: creditonebknotifications@resurgent.com | Sep 28 2026 19:10:56 | CREDIT ONE BANK, PO BOX 98873, LAS VEGAS, NV 89193-8873 |
| 5819232 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 28 2026 19:10:31 | Capital One N.A., by AIS InfoSource LP as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5816644 | | Email/Text: akron_patient_services@teamhealth.com | Sep 28 2026 19:00:00 | EMERG PHYS ASSOC OF PA, PO BOX 635016, CINCINNATI, OH 45263-5016 |
| 5831327 | + | Email/Text: BNCnotices@dcmservices.com | | |

| | | | | |
|---|---|---|---|---|
| | | | Sep 28 2026 19:00:00 | EMERGENCY PHYS ASSOCIATES OF PENNSYLVANIA PC, PO Box 1123, Minneapolis, MN 55440-1123 |
| 5816645 | + | Email/Text: famc-bk@1stassociates.com | Sep 28 2026 19:01:00 | FIRST ACCESS/TBOM, PO BOX 89028, SIOUX FALLS, SD 57109-9028 |
| 5816646 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Sep 28 2026 19:01:00 | INTERNAL REVENUE SERVICE, SPECIAL PROCEDURE BRANCH, PO BOX 7346, PHILADELPHIA, PA 19101-7346 |
| 5824940 | | Email/Text: JCAP_BNC_Notices@jcap.com | Sep 28 2026 19:01:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 5816647 | + | Email/PDF: resurgentbknotifications@resurgent.com | Sep 28 2026 19:10:38 | LVNV FUNDING, PO BOX 1269, GREENVILLE, SC 29602-1269 |
| 5821839 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 28 2026 19:11:09 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5816648 | | Email/Text: camanagement@mtb.com | Sep 28 2026 19:01:00 | M&T BANK, LENDING SERVICES, PO BOX 1288, BUFFALO, NY 14240 |
| 5833799 | | Email/Text: camanagement@mtb.com | Sep 28 2026 19:01:00 | M&T BANK, PO BOX 840, Buffalo, NY 14240-0840 |
| 5816649 | | Email/Text: bankruptcydpt@mcmcg.com | Sep 28 2026 19:01:00 | MIDLAND CREDIT MANAGEMENT, 320 E BIG BEAVER RD STE 300, TROY, MI 48083-1271 |
| 5828775 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 28 2026 19:01:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 5816650 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Sep 28 2026 19:01:00 | NAVY FCU, PO BOX 3700, MERRIFIELD, VA 22119-3700 |
| 5816651 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Sep 28 2026 19:01:00 | NAVY FCU, 820 FOLLIN LANE, VIENNA, VA 22180-4907 |
| 5831642 | | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Sep 28 2026 19:00:00 | New Jersey Turnpike Authority, Ramon de la Cruz, NJ Turnpike Authority, 1 Turnpike Plaza, P.O Box 5042, Woodbridge, NJ 07095 |
| 5816652 | | Email/Text: bankruptcy@td.com | Sep 28 2026 19:01:00 | NORDSTROM/TD BANK USA, 13531 E CALEY AVENUE, ENGLEWOOD, CO 80111-6504 |
| 5823669 | | Email/Text: ext_ebn_inbox@navyfederal.org | Sep 28 2026 19:01:00 | Navy Federal Credit Union, P.O. Box 3000, Merrifield, VA 22119-3000 |
| 5816653 | | Email/Text: bankruptcy@oliphantfinancial.com | Sep 28 2026 19:01:00 | OLIPHANT USA LLC, 6001 W WILLIAM CANNON DR, AUSTIN, TX 78749 |
| 5816654 | + | Email/PDF: cbp@omf.com | Sep 28 2026 19:10:30 | ONEMAIN FINANCIAL GROUP, PO BOX 3251, EVANSVILLE, IN 47731-3251 |
| 5816655 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 28 2026 19:10:53 | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK, VA 23541-1067 |
| 5816656 | ^ | MEBN | Sep 28 2026 19:00:27 | PPL ELECTRIC UTILITIES, PO BOX 419054, SAINT LOUIS, MO 63141-9054 |
| 5816657 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Sep 28 2026 19:10:53 | PREMIER BANKCARD/FIRST PREMIER, 601 S MINNESOTA AVE, SIOUX FALLS, SD 57104-4824 |
| 5824629 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 28 2026 19:01:00 | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 5817063 | + | Email/Text: bankruptcy.account@revcosolutions.com | Sep 28 2026 19:01:00 | REVCO SOLUTIONS INC, PO BOX 58, FORT MORGAN CO 80701-0058 |
| 5816658 | | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Sep 28 2026 19:10:51 | SECRETARY OF HOUSING AND, URBAN DEVELOPMENT, 451 SEVENTH STREET SOUTHWEST, WASHINGTON, DC 20410-8000 |

| | | | |
|---|---|---|---|
| 5817806 | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Sep 28 2026 19:10:51 | U.S. Department of Housing and Urban Development, 801 Market Street 12th Floor, Philadelphia, PA 19107 |
| 5816659 | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Sep 28 2026 19:00:00 | VERIZON WIRELESS, PO BOX 650051, DALLAS, TX 75265-0051 |

TOTAL: 37

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Affinity Federal Credit Union, c/o Saldutti Law Group, 1700 Market Street, Suite 1005, Philadelphia, PA 19103-3920 |
| 5823728 | * | OneMain Financial Group, LLC, PO BOX 3251, Evansville, IN 47731-3251 |
| 5826052 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 30, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 28, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos | ecf@pamd13trustee.com |
| Maggie Soboleski | on behalf of Creditor M&T BANK msoboleski@kmllawgroup.com |
| Rebecca K McDowell | on behalf of Creditor Affinity Federal Credit Union rmcdowell@slgcollect.com pwirth@slgcollect.com;anovoa@slgcollect.com |
| Robert J Kidwell, III | on behalf of Debtor 1 Sharon Renita Muniz rjkidwell3rd@gmail.com;mdaniels@newmanwilliams.com |
| Robert L Saldutti | on behalf of Creditor Affinity Federal Credit Union rsaldutti@saldutticollect.com lmarciano@saldutticollect.com;anovoa@slgcollect.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 6

# UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | | |
|---|---|---|
| Sharon Renita Muniz,<br>aka Sharon Muniz, aka Sharon R. Muniz, | Chapter | 13 |
| **Debtor 1** | Case No. | 5:26−bk−01932−MJC |

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**November 5, 2026** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| | |
|---|---|
| United States Bankruptcy Court<br>Max Rosenn US Courthouse,<br>Courtroom 2, 197 South Main<br>Street, Wilkes−Barre, PA 18701 | Date: November 12, 2026<br><br>Time: 10:00 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing *( L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence)* shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes−Barre, PA 18701<br>(570) 831−2500 | **For the Court:**<br>Seth F. Eisenberg<br>Clerk of the Bankruptcy Court:<br>By: RyanEshelman, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: September 28, 2026 |

ntcnfhrg (08/21)